**Beverly Ann NASH, Plaintiff–Appellant,**

v.

**Ray L. BELTON; Southern University System; John Does, 1–50; Board of Supervisors of Southern University and Agricultural and Mechanical College, Defendants–Appellees.**

No. 05–30330.

United States Court of Appeals, Fifth Circuit.

July 14, 2006.

Thomas Joseph Hogan, Jr., Hogan & Hogan, Hammond, LA, for Plaintiff–Appellant.

Winston G. Decuir, Decuir & Clark, Baton Rouge, LA, for Defendants–Appellees.

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.